# CERTIFICATE OF SERVICE

*Cynthia Moten v. Credit Corp Solutions Inc.*
United States District Court, Central District of California
Case No. 2:24-cv-04241-CMP-PVC

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to this action. My business address is 425 California Street, Suite 2100, San Francisco, California 94104. On the execution date below and in the manner stated herein, I served the following documents as follows:

**1.  NOTICE OF SETTLEMENT**

Cynthia Moten
17342 De Grott Place
Cerritos, CA 90703
e-mail: prospernow14@gmail.com

Pro Se Plaintiff

[ ]  BY MAIL I deposited such envelope(s) with postage thereon fully prepaid in the United States mail at a facility regularly maintained by the United States Postal Service at San Francisco, California. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.

[X]  BY ELECTRONIC TRANSMISSION I caused the above entitled documents to be emailed to the above email address. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]  BY PERSONAL SERVICE I caused such envelope(s) to be delivered by hand to the offices of the addressee(s) pursuant to CCP §1011.

[ ]  BY FED EX I caused such envelope(s) to be placed for FedEx collection and delivery at San Francisco, California. I am readily familiar with the firm's practice of collection and processing correspondence for FedEx mailing. Under that practice it would be deposited with the FedEx office on that same day with instructions for overnight delivery, fully prepaid, at San Francisco, California in the ordinary course of business.

[ ] BY FACSIMILE I caused the transmission of the foregoing document by facsimile to the offices of the addressee(s), and such transmission was reported as complete and without error.

[X] (FEDERAL) I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 12, 2024, at San Francisco, California.

_____
Marcus Dong

---

2
CERTIFICATE OF SERVICE